UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

-------------------------------------------------x
STEPHEN G. SAMARAS,
Individually and On Behalf of All
Others Similarly Situated,

    Plaintiff,

 v.

FIAT CHRYSLER AUTOMOBILES
N.V., SERGIO MARCHIONNE,
RICHARD K. PALMER and REID
BIGLAND,

    Defendants.
-------------------------------------------------x

Civil Case No. 16-12803

Honorable Linda V. Parker
District Court Judge

Honorable Stephanie Dawkins Davis
Magistrate Judge

**INDEX OF EXHIBITS TO DEFENDANTS' MEMORANDUM OF LAW
IN SUPPORT OF THEIR MOTION TO DISMISS
THE CONSOLIDATED CLASS ACTION COMPLAINT**

**Exhibit 1.** FCA US LLC Press Release, "FCA US LLC Explanatory Note on Sales Reporting Process," July 26, 2016

  **Exhibit 1A.** Attachment to FCA US LLC July 26, 2016 Press Release, "FCA U.S. Sales New Methodology vs. Previously Reported"

**Exhibit 2.** FCA US LLC Press Release, "FCA US Reports September 2016 U.S. Sales," October 3, 2016

  **Exhibit 2A.** Attachment to FCA US LLC October 3, 2016 Press Release, "FCA U.S. Sales New Methodology vs. Previously Reported"

-2-

**Exhibit 3.**   Fiat Chrysler Automobiles N.V. Stock Price From 1/11/2016 to 10/24/2016 (NYSE) (accessed from www.fcagroup.com/en-us/investor_relations/stock_shareholder_corner/Pages/stock_information.aspx)

**Exhibit 4.**   Stefan Burgstaller et al., *Commentary: FCA Shares Down on News of Dealer Lawsuit re. Mis-Statement of Volumes*, Goldman Sachs Research, January 14, 2016

**Exhibit 5.**   Brent Snavely and Greg Gardner, *FCA's Astounding Sales Streak Actually Ended in 2013, After Revision*, Detroit Free Press, July 26, 2016

**Exhibit 6.**   Daily Report, Italian Equity Market, Istituto Centrale delle Banche Popolari Italiane S.p.A., July 20, 2016