

↗ Share    ↗ Download    ↗ Print

### FCA US Reports September 2016 U.S. Sales

- Ram Truck brand sales increased 27 percent; pickup truck sales up 29 percent
- Sales of all-new 2017 Chrysler Pacifica minivan increased 23 percent versus previous month of August
- Dodge Charger and Dodge Challenger each recorded double-digit percentage gains in September

October 3, 2016 , Auburn Hills, Mich. - FCA US LLC today reported U.S. sales of 192,883 units, a 1 percent decrease compared with sales in September 2015 (194,666 units).

FCA US retail sales were 146,453 units in September, while fleet sales were 46,430 units. Retail sales represented 76 percent of total sales, while fleet sales were 24 percent.

The Ram Truck brand posted a 27 percent sales gain in September compared with the same month a year ago as pickup truck sales increased 29 percent year over year. Both the Dodge Charger and Dodge Challenger turned in double-digit percentage increases in September while the Jeep® Grand Cherokee – the most awarded SUV ever – posted an 18 percent sales gain.

Sales of the all-new 2017 Chrysler Pacifica minivan increased 23 percent in September, versus sales in the previous month of August. Sales of the all-new 2017 Fiat 124 Spider, the latest addition to the FIAT brand product lineup, were up 7 percent in September, compared with the previous month of August.

#### Ram Truck Brand
Ram Truck brand sales, which include the Ram pickup, Ram ProMaster and Ram ProMaster City, were up 27 percent in September versus the same month a year ago. The brand's increase was driven by the strong 29 percent increase in Ram pickup truck sales. The Ram 1500 Rebel was named "Best Pickup Truck" at the 2016 Ruedas ESPN Awards at last month's Miami International Auto Show. For 2017, Ram will introduce a new special-edition Night package for the 1500 model that gives truck enthusiasts straight-from-the-factory customized looks. In addition, Ram ProMaster sales are up 17 percent year over year. Ram Truck brand sales are up 11 percent calendar year to date, compared with the same nine months in 2015.

#### Jeep Brand
Jeep brand sales were down 3 percent in September compared with the same month a year ago. The Jeep Grand Cherokee – the vehicle that has long defined what a premium SUV should be – posted an 18 percent sales gain in September, compared with the same month in 2015. In addition, Jeep Patriot sales were up a strong 33 percent versus September a year ago. Jeep brand sales are up 12 percent calendar year to date, compared with the first three quarters of 2015.

#### Dodge Brand
Dodge brand sales were down 6 percent in September compared with the same month a year ago. But, the Dodge Charger and Dodge Challenger each posted year-over-year sales gains in September. Charger sales were up 35 percent, while the Challenger turned in a 19 percent sales gain in the month. In addition, the Dodge Journey crossover recorded a 6 percent year-over-year increase. Dodge brand sales are up 2 percent calendar year to date compared with the first nine months in 2015.

#### Chrysler Brand
Chrysler brand sales were down 27 percent in September versus the same month in 2015. The all-new 2017 Chrysler Pacifica minivan posted 9,172 units in sales in September, up 23 percent compared with the previous month of August. Launched in April this year, the Pacifica just earned a rating of Top Safety Pick+ for 2016 from the Insurance Institute for Highway Safety (IIHS). The Pacifica achieved a "good" rating – the highest possible score – in each of five tests used by IIHS to evaluate crashworthiness. The Pacifica also earned the 2016 "Vehicle of the Year" and "Best Minivan" awards at the Ruedas ESPN Awards presented in September as part of the Miami International Auto Show.

#### FIAT Brand
FIAT brand sales, which include the Fiat 500, Fiat 500L, Fiat 500X and Fiat 124 Spider, were down 30 percent in September. In its third month on sale, the all-new 2017 Fiat 124 Spider logged 490 units in sales in September, up 7 percent versus the previous month of August. The Spider earned a "Best

**CONTACT INFORMATION**

Please **login** to view contact details.

Ralph  Kisiel

**IMAGE GALLERIES**


2017 Chrysler Pacifica


2016 Ram Products

**SEE ALSO**

↗ Special Report: 2016 FCA US LLC U.S. Sales Archive

**ATTACHED**

↗ FCA US New Sales Methodology (2011 CY - June 2016 CYTD)

Convertible" award last month in the 2016 Ruedas ESPN Awards at the Miami International Auto Show.

**FCA US LLC Sales Summary September 2016**

Reflects New Methodology*

| Model | Month Sales | | Vol % | CYTD Sales | | Vol % |
|---|---|---|---|---|---|---|
| | Curr Yr | Pr Yr | Change | Curr Yr | Pr Yr | Change |
| Compass | 6,482 | 7,701 | -16% | 72,916 | 48,192 | 51% |
| Patriot | 12,316 | 9,280 | 33% | 96,039 | 89,666 | 7% |
| Wrangler | 14,255 | 17,486 | -18% | 148,627 | 157,255 | -5% |
| Cherokee | 17,995 | 20,484 | -12% | 158,346 | 160,341 | -1% |
| Grand Cherokee | 18,507 | 15,715 | 18% | 153,926 | 141,679 | 9% |
| Renegade | 6,776 | 7,774 | -13% | 77,252 | 36,513 | 112% |
| **JEEP BRAND** | **76,331** | **78,440** | **-3%** | **707,106** | **633,646** | **12%** |
| 200 | 3,185 | 9,944 | -68% | 48,959 | 138,536 | -65% |
| 300 | 5,459 | 6,606 | -17% | 44,040 | 39,810 | 11% |
| Town & Country | 981 | 9,249 | -89% | 57,926 | 62,085 | -7% |
| Pacifica | 9,172 | 0 | New | 35,572 | 0 | New |
| **CHRYSLER BRAND** | **18,797** | **25,799** | **-27%** | **186,497** | **240,431** | **-22%** |
| Dart | 2,597 | 7,096 | -63% | 37,267 | 68,320 | -45% |
| Avenger | 2 | 38 | -95% | 44 | 1,257 | -96% |
| Charger | 10,056 | 7,466 | 35% | 72,270 | 72,583 | 0% |
| Challenger | 5,698 | 4,771 | 19% | 51,141 | 52,228 | -2% |
| Viper | 38 | 50 | -24% | 447 | 521 | -14% |
| Journey | 12,091 | 11,442 | 6% | 77,946 | 82,035 | -5% |
| Caravan | 8,179 | 9,941 | -18% | 102,732 | 65,383 | 57% |
| Durango | 4,274 | 4,703 | -9% | 53,093 | 46,119 | 15% |
| **DODGE BRAND** | **42,935** | **45,507** | **-6%** | **394,940** | **388,446** | **2%** |
| Ram P/U | 47,792 | 37,004 | 29% | 361,086 | 333,537 | 8% |
| Cargo Van | 0 | 9 | -100% | 21 | 2,146 | -99% |
| ProMaster Van | 3,218 | 2,762 | 17% | 26,544 | 19,225 | 38% |
| ProMaster City | 856 | 920 | -7% | 12,649 | 5,369 | 136% |
| **RAM BRAND** | **51,866** | **40,695** | **27%** | **400,300** | **360,277** | **11%** |
| Giulia | 7 | 0 | New | 7 | 0 | New |
| Alfa 4C | 34 | 56 | -39% | 411 | 511 | -20% |
| **ALFA BRAND** | **41** | **56** | **-27%** | **418** | **511** | **-18%** |
| 500 | 1,481 | 1,981 | -25% | 11,603 | 20,089 | -42% |
| 500L | 103 | 332 | -69% | 2,801 | 6,754 | -59% |
| 500X | 839 | 1,856 | -55% | 9,264 | 4,170 | 122% |
| Spider | 490 | 0 | New | 1,431 | 0 | New |
| **FIAT BRAND** | **2,913** | **4,169** | **-30%** | **25,099** | **31,013** | **-19%** |
| **TOTAL FCA US LLC** | **192,883** | **194,666** | **-1%** | **1,714,360** | **1,654,324** | **4%** |
| **Total Car & MPV** | **47,482** | **57,530** | **-17%** | **466,651** | **528,077** | **-12%** |
| **Total UV's** | **93,535** | **96,441** | **-3%** | **847,409** | **765,970** | **11%** |

| | | | | | | |
|---|---|---|---|---|---|---|
| Total Truck & LCV | 51,866 | 40,695 | 27% | 400,300 | 360,277 | 11% |

**Method of Determining Monthly Sales.** FCA US's reported vehicle sales represent unit sales of vehicles to retail customers, deliveries of vehicles to fleet customers and to others such as FCA US's employees and retirees as well as vehicles used for marketing.  Most of these reported sales reflect retail sales made by dealers out of their own inventory of vehicles previously purchased by them from FCA US.  Reported vehicle units sales do not correspond to FCA US's reported revenues, which are based on FCA US's sale and delivery of vehicles, and typically recognized upon shipment to the dealer or end customer.  As announced on July 26, 2016, FCA US has modified its methodology for monthly sales reporting as follows:

- Sales to retail customers by dealers in the U.S. are derived from the New Vehicle Delivery Report ("NVDR") system and are determined as the sum of  (A) all sales recorded by dealers during the month net of all unwound transactions recorded to the end of that month (whether the original sale was recorded in the current month or any prior month); plus (B) all sales of vehicles during that month attributable to past unwinds that had previously been reversed in determining monthly sales (in the current or prior months).
- Fleet sales are recorded as sales upon the shipment of the vehicle by FCA US to the customer or end user.
- Other retail sales are recorded either (A) when the sale is recorded in the NVDR system (for sales by dealers in Puerto Rico and limited sales made through distributors that submit NVDRs in the same manner as for sales by U.S. dealers) or (B) upon receipt of a similar delivery notification (for vehicles for which NVDRs are not entered such as vehicles for FCA employees).

*Following the July 26 announcement, FCA US performed a further detailed analysis of sales under the new methodology and has made adjustments in its reported U.S. sales for the periods presented in that announcement. Those revisions, which in aggregate correct a small underreporting across the 2011-2016 period, included adjustments of less than 3.4% in any single month; 0.6% in any single year and 0.04% over the entire period. The updated monthly sales figures are available on the FCA North America media website at www.media.fcanorthamerica.com.

**About FCA US LLC**
FCA US LLC is a North American automaker based in Auburn Hills, Michigan. It designs, manufactures, and sells or distributes vehicles under the Chrysler, Dodge, Jeep®, Ram, FIAT® and Alfa Romeo brands as well as the SRT performance designation. The Company also distributes Mopar® and Alfa Romeo parts and accessories. FCA US is building upon the historic foundations of Chrysler Corp., established in 1925 by industry visionary Walter P. Chrysler and Fabbrica Italiana Automobili Torino (F.I.A.T.), founded in Italy in 1899 by pioneering entrepreneurs, including Giovanni Agnelli. FCA US is a member of the Fiat Chrysler Automobiles N.V. (FCA) family of companies. (NYSE: FCAU/ MTA: FCA).

FCA, the seventh-largest automaker in the world based on total annual vehicle sales, is an international automotive group. FCA is listed on the New York Stock Exchange under the symbol "FCAU" and on the Mercato Telematico Azionario under the symbol "FCA."

**Follow FCA US news and video on:**
Company blog: blog.fcanorthamerica.com
Company website: www.fcanorthamerica.com
FCA360: 360.fcanorthamerica.com
Facebook: https://www.facebook.com/FiatChrysler.NorthAmerica/
Instagram: www.instagram.com/FiatChrysler_NA
Twitter: www.twitter.com/FiatChrysler_NA
Twitter (Spanish): www.twitter.com/fcausespanol
YouTube: www.youtube.com/pentastarvideo
Media website: media.fcanorthamerica.com



© 2015 FCA US LLC. All Rights Reserved.                                                                                                              Legal Notices and Terms | Privacy Statement
Chrysler, Dodge, Jeep, Ram, Mopar and SRT are registered trademarks of FCA US LLC.
ALFA ROMEO and FIAT are registered trademarks of FCA Group Marketing S.p.A., used with permission.