## FCA U.S. Sales New Methodology vs. Previously Reported
**Unit Sales 2011 - 2016 CYTD (June)**

| | | New Methodology | | | % Change vs Prior Year | Previously reported | |
|---|---|---|---|---|---|---|---|
| | Year | Retail Sales | Fleet Sales | Total Sales | | Total Sales | New Methodology Higher/(Lower) vs. Previously Reported |
| **Summary** | 2011 | 992,289 | 392,110 | 1,384,399 | 28% | 1,369,114 | 15,285 |
| | 2012 | 1,220,968 | 422,906 | 1,643,874 | 19% | 1,651,787 | (7,913) |
| | 2013 | 1,396,177 | 403,463 | 1,799,640 | 9% | 1,800,368 | (728) |
| | 2014 | 1,650,108 | 456,239 | 2,106,347 | 17% | 2,090,639 | 15,708 |
| | 2015 | 1,743,298 | 509,579 | 2,252,877 | 7% | 2,243,907 | 8,970 |
| | 2016 YTD | 832,088 | 312,195 | 1,144,283 | 5% | 1,152,259 | (7,976) |
| | Total | 7,834,928 | 2,496,492 | 10,331,420 | | 10,308,074 | 23,346 |
| **Year** | **Month** | | | | | | |
| 2011 | Jan | 52,038 | 21,637 | 73,675 | 29% | 70,118 | 3,557 |
| | Feb | 64,237 | 30,192 | 94,429 | 12% | 95,102 | (673) |
| | Mar | 79,023 | 51,833 | 130,856 | 41% | 121,730 | 9,126 |
| | Apr | 77,282 | 34,930 | 112,212 | 17% | 117,225 | (5,013) |
| | May | 80,424 | 36,621 | 117,045 | 12% | 115,363 | 1,682 |
| | Jun | 84,661 | 31,131 | 115,792 | 25% | 120,394 | (4,602) |
| | Jul | 93,922 | 24,056 | 117,978 | 26% | 112,026 | 5,952 |
| | Aug | 90,284 | 39,077 | 129,361 | 30% | 130,119 | (758) |
| | Sep | 90,596 | 35,085 | 125,681 | 26% | 127,334 | (1,653) |
| | Oct | 84,589 | 31,540 | 116,129 | 29% | 114,512 | 1,617 |
| | Nov | 85,140 | 33,347 | 118,487 | 60% | 107,172 | 11,315 |
| | Dec | 110,093 | 22,661 | 132,754 | 32% | 138,019 | (5,265) |
| | Total | 992,289 | 392,110 | 1,384,399 | 28% | 1,369,114 | 15,285 |
| 2012 | Jan | 71,954 | 34,322 | 106,276 | 44% | 101,149 | 5,127 |
| | Feb | 89,796 | 47,085 | 136,881 | 45% | 133,521 | 3,360 |
| | Mar | 114,293 | 49,197 | 163,490 | 25% | 163,381 | 109 |
| | Apr | 98,399 | 39,877 | 138,276 | 23% | 141,165 | (2,889) |
| | May | 110,305 | 47,226 | 157,531 | 35% | 150,041 | 7,490 |
| | Jun | 108,657 | 34,025 | 142,682 | 23% | 144,811 | (2,129) |
| | Jul | 103,503 | 16,714 | 120,217 | 2% | 126,089 | (5,872) |
| | Aug | 108,975 | 34,091 | 143,066 | 11% | 148,472 | (5,406) |
| | Sep | 104,935 | 31,611 | 136,546 | 9% | 142,041 | (5,495) |
| | Oct | 94,550 | 34,652 | 129,202 | 11% | 126,185 | 3,017 |
| | Nov | 99,181 | 27,545 | 126,726 | 7% | 122,565 | 4,161 |
| | Dec | 116,420 | 26,561 | 142,981 | 8% | 152,367 | (9,386) |
| | Total | 1,220,968 | 422,906 | 1,643,874 | 19% | 1,651,787 | (7,913) |
| 2013 | Jan | 88,625 | 30,296 | 118,921 | 12% | 117,731 | 1,190 |
| | Feb | 95,181 | 47,198 | 142,379 | 4% | 139,015 | 3,364 |
| | Mar | 126,560 | 48,466 | 175,026 | 7% | 171,606 | 3,420 |
| | Apr | 118,492 | 40,867 | 159,359 | 15% | 156,698 | 2,661 |
| | May | 131,578 | 39,208 | 170,786 | 8% | 166,596 | 4,190 |
| | Jun | 124,575 | 28,006 | 152,581 | 7% | 156,686 | (4,105) |
| | Jul | 126,459 | 10,646 | 137,105 | 14% | 140,102 | (2,997) |
| | Aug | 136,133 | 28,747 | 164,880 | 15% | 165,552 | (672) |
| | Sep | 100,854 | 33,826 | 134,680 | -1% | 143,017 | (8,337) |
| | Oct | 106,818 | 33,726 | 140,544 | 9% | 140,083 | 461 |
| | Nov | 114,831 | 30,948 | 145,779 | 15% | 142,275 | 3,504 |
| | Dec | 126,071 | 31,529 | 157,600 | 10% | 161,007 | (3,407) |
| | Total | 1,396,177 | 403,463 | 1,799,640 | 9% | 1,800,368 | (728) |
| 2014 | Jan | 101,162 | 35,202 | 136,364 | 15% | 127,183 | 9,181 |
| | Feb | 117,550 | 44,213 | 161,763 | 14% | 154,866 | 6,897 |
| | Mar | 150,613 | 42,652 | 193,265 | 10% | 193,915 | (650) |
| | Apr | 135,741 | 34,530 | 170,271 | 7% | 178,652 | (8,381) |
| | May | 158,478 | 43,162 | 201,640 | 18% | 194,421 | 7,219 |
| | Jun | 137,841 | 38,499 | 176,340 | 16% | 171,086 | 5,254 |
| | Jul | 150,043 | 26,917 | 176,960 | 29% | 167,667 | 9,293 |
| | Aug | 166,519 | 23,947 | 190,466 | 16% | 198,379 | (7,913) |
| | Sep | 124,510 | 42,898 | 167,408 | 24% | 169,890 | (2,482) |
| | Oct | 130,125 | 41,019 | 171,144 | 22% | 170,480 | 664 |
| | Nov | 134,535 | 34,516 | 169,051 | 16% | 170,839 | (1,788) |
| | Dec | 142,991 | 48,684 | 191,675 | 22% | 193,261 | (1,586) |
| | Total | 1,650,108 | 456,239 | 2,106,347 | 17% | 2,090,639 | 15,708 |
| 2015 | Jan | 111,988 | 33,257 | 145,245 | 7% | 145,007 | 238 |
| | Feb | 122,549 | 42,981 | 165,530 | 2% | 163,586 | 1,944 |
| | Mar | 151,093 | 47,670 | 198,763 | 3% | 197,261 | 1,502 |
| | Apr | 147,003 | 36,528 | 183,531 | 8% | 189,027 | (5,496) |
| | May | 165,734 | 40,092 | 205,826 | 2% | 202,227 | 3,599 |
| | Jun | 144,102 | 46,229 | 190,331 | 8% | 185,035 | 5,296 |
| | Jul | 159,530 | 20,325 | 179,855 | 2% | 178,027 | 1,828 |
| | Aug | 162,989 | 27,588 | 190,577 | 0% | 201,672 | (11,095) |
| | Sep | 146,357 | 48,309 | 194,666 | 16% | 193,019 | 1,647 |
| | Oct | 144,196 | 52,702 | 196,898 | 15% | 195,545 | 1,353 |
| | Nov | 129,292 | 58,439 | 187,731 | 11% | 175,974 | 11,757 |
| | Dec | 158,465 | 55,459 | 213,924 | 12% | 217,527 | (3,603) |
| | Total | 1,743,298 | 509,579 | 2,252,877 | 7% | 2,243,907 | 8,970 |
| 2016 | Jan | 109,384 | 61,968 | 171,352 | 18% | 155,037 | 16,315 |
| | Feb | 126,775 | 60,543 | 187,318 | 13% | 182,879 | 4,439 |
| | Mar | 147,922 | 51,545 | 199,467 | 0% | 213,187 | (13,720) |
| | Apr | 150,450 | 38,555 | 189,005 | 3% | 199,631 | (10,626) |
| | May | 150,691 | 44,029 | 194,720 | -5% | 204,452 | (9,732) |
| | Jun | 146,866 | 55,555 | 202,421 | 6% | 197,073 | 5,348 |
| | Total | 832,088 | 312,195 | 1,144,283 | 5% | 1,152,259 | (7,976) |