# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

---------------------------------------------------x
STEPHEN G. SAMARAS,
Individually and On Behalf of All
Others Similarly Situated,

        Plaintiff,

  v.

FIAT CHRYSLER AUTOMOBILES
N.V., SERGIO MARCHIONNE,
RICHARD K. PALMER and REID
BIGLAND,

        Defendants.
---------------------------------------------------x

Civil Case No. 16-12803

Honorable Linda V. Parker
District Court Judge

Honorable Stephanie Dawkins Davis
Magistrate Judge

## INDEX OF EXHIBITS TO DEFENDANTS' REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF THEIR MOTION TO DISMISS THE CONSOLIDATED CLASS ACTION COMPLAINT

**Exhibit 7.**    Fiat Chrysler Automobiles N.V. Intraday Stock Price Chart From July 26, 2016 (NYSE), Bloomberg

**Exhibit 8.**    FCA US LLC, "FCA US LLC Explanatory Note on Sales Reporting Process," PR Newswire, July 26, 2016

**Exhibit 9.**    Fiat Chrysler Automobiles N.V., Second Quarter 2016 Earnings Release, PR Newswire, July 27, 2016