## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| CARL PALAZZOLO and ALBERT FERRANDI, Individually and On Behalf of All Others Similarly Situated, | Case No. 4:16-cv-12803-LVP-SDD |
| Plaintiffs, | **CLASS ACTION** |
| v. | Hon. Linda V. Parker<br>District Court Judge |
| FIAT CHRYSLER AUTOMOBILES N.V., SERGIO MARCHIONNE, RICHARD K. PALMER, and REID BIGLAND, | Stephanie Dawkins Davis<br>Magistrate Judge |
| Defendants. | |

## INDEX OF EXHIBITS TO LEAD PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT

| Exhibit | Description |
|---|---|
| 1 | Stipulation and Agreement of Settlement date January 31, 2019, with exhibits |
| 2 | Firm Résumé of Kessler Topaz Meltzer & Check, LLP |
| 3 | Firm Résumé of The Miller Law Firm, P.C. |
| 4 | Résumé of JND Legal Administration |