# EXHIBIT 4



📞 1.800.207.7160

✉ Info@JNDLA.com

🌐 www.JNDLA.com

# Who We Are

With over 70 years of collective experience in law and administration, it's no surprise that JND's seasoned executive management team has built the fastest-growing legal administration firm in the industry. When you work with us, your case receives the personal attention and expertise of our principals –Jen Keough (J), Neil Zola (N), and David Isaac (D).

JND is well-known throughout the legal industry for providing the most responsive, trustworthy, and comprehensive legal administrative service in the country. JND has already been recognized by the New York Law Journal and the Legal Times as the best administration firm in the country for 2018 and 2017. JND was also recently named an approved vendor for the United States Securities and Exchange Commission (SEC).

Where other firms come up short, clients who want the most dedicated, technically agile team turn to JND for innovative, ambitious strategies with proven results.





📞 1.800.207.7160

✉ Info@JNDLA.com

🌐 www.JNDLA.com



What We Do

JND and its prinicpals have overseen some of the most complex class action and mass tort cases in our country's history.

No other company in the legal industry understands more about client delivery. No one else has proven their ability to handle large, intricate cases like JND. And no other company excels at the range of services JND offers.

 **CLASS ACTION ADMINISTRATION**
Comprehensive administrative resources through pre-settlement consultation, complete notice services, claims processing and validation, scalable call center capabilities, state-of-the-art website design, and an array of distribution services.

 **MASS TORT & LIEN RESOLUTION**
Manage client intake, screening, and retention; medical record retrieval and review; Plaintiff Fact Sheet preparation including a unique online website offering; claims and settlement administration; lien resolution; and disbursements.

 **eDISCOVERY**
Leverage an extensive, flexible cloud-based platform to provide targeted data analysis, logical, physical and mobile forensics, data recovery, email examination, and timeline generation among many other offerings.

 **GOVERNMENT SERVICES**
Assistance with all facets of any administration, including systematic noticing, claims processing and validation, contact services, state-of-the-art website design and distribution, and account reconciliation.



📞 1.800.207.7160

✉ Info@JNDLA.com

🌐 www.JNDLA.com



 **PRE-SETTLEMENT CONSULTING**
We begin by consulting with clients on how to develop allocation methodologies and design efficient, economical roadmaps for settlement administration while providing preliminary hearing support. Our team works with the parties to compile the class list, or maintain a role as independent auditor of an existing class list to verify completeness.

 **NOTICE PROGRAM**
Effectively notifying class members is key to the approval of your settlement. We advise our clients on effective notice best practices and are experienced in preparing class lists from various sources. Management of the entire CAFA Notice process for Defendants is handled by our team with our proprietary database of officials who need to be notified. Our notice and claim form mailing services utilize creative options to maximize effectiveness and reduce costs, while our advertising team comprises experts handling all media publication needs while obtaining the best rates.

 **CLAIMS PROCESSING**
Our professional staff is trained to process even the most complex claims with efficiency and accuracy and we are readily available to draft, or assist in drafting, claim forms to ensure class comprehension and complete claim form submission. Proprietary databases efficiently capture claim form data as well as accurate and flexible reporting; and with our proprietary online claim submission site, we are able to provide secure submission and reduce overall complexity. Knowing each case is different, we offer customized reporting to provide a variety of perspectives on the data that our clients may have not considered.

 **BENEFIT DISBURSEMENT**
We manage all aspects of the settlement fund, including opening disbursement accounts, reconciling accounts, establishing a Qualified Settlement Fund (QSF), filing tax returns, and serving as Escrow Agent. Even the most complex benefit allocation methodology is implemented and applied to individual class members. In addition, we manage tax reporting for settlement disbursements, including the issuance of tax statements, such as W-2s and 1099s, to class members. We also calculate the payroll withholding and employer taxes that are often required in employment class action settlements. Our team partners with a respected CPA firm to prepare settlement fund tax returns.



📞 1.800.207.7160

✉ Info@JNDLA.com

🌐 www.JNDLA.com



Securities Experience

## Prominent Case History

JND's stand-alone securities group has managed dozens of matters in the last year alone. Our team is led by Robert Cormio, who has more than 10 years of securities administration experience. The group is ultimately overseen by Co-Founder Neil Zola who has been involved in some of the largest securities administrations in our country's history. Among the matters handled by JND and its principals are the following:

- Akorn Securities Litigation
- Bank of America Securities Litigation
- Bankrate Securities Litigation
- Citigroup Securities Litigation
- comScore Securities Litigation
- CVB Securities Litigation
- Dole Food Company Securities Litigation
- Endurance Securities Litigation
- GoPro Shareholder Litigation
- Halliburton EPJ Fund Securities Litigation
- Higher One Holdings Securities Litigation
- IPO Securities Litigation
- Nortel Networks Securities Litigation I & II
- Opus Bank Securities Litigation
- Royal Ahold Securities and Erisa Litigation
- Terraform Power Securities Litigation
- Tyco International LTD Securities Litigation
- Washington Mutual Securities Litigation
- Worldcom Inc Securities Litigation
- Yahoo Securities Litigation